IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00308-WDM-PAC

KEVIN CHARLES GWINN,

      Plaintiff(s),

v.

JERRY AWMILLER, et al.,

      Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Defendants' Motion to Stay Proceedings Pending Ruling on Defendants' Motion for Summary Judgment [filed June 13, 2005] is **GRANTED** as follows:

      Further proceedings in this case are **stayed** until further order of the Court.

Dated:  June 21, 2005