IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00308-WDM-PAC

KEVIN CHARLES GWINN,

Plaintiff,

v.

JERRY AWMILLER, et al.,

Defendants.

## MINUTE ORDER

Order entered by Patricia A. Coan, Magistrate Judge
October 19, 2005

  IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Stay Proceedings Pending a Ruling on Defendants' Interlocutory Appeal, doc. # 184, filed October 19, 2005, is **GRANTED**.  It is further

  **ORDERED** that this matter is **STAYED** pending resolution of defendants' interlocutory appeal.  The final pretrial conference set for February 14, 2006 is **vacated**.  It is further

  **ORDERED** that, on or before **November 2, 2005**, counsel shall jointly file a **status report** advising whether the parties wish to proceed with the settlement conference currently set for **November 9, 2005**.